**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

**In re:**

| | | |
|---|---|---|
| **IFE I. ODAGBODO** | * | **Case No. 26-15732 DER** |
| **DYNESHA E. ODAGBODO,** | | **(Chapter 7)** |
| **Debtors.** | * | |

* * * * * * * * * * * * *

**NOTICE OF APPEARANCE OF COUNSEL**
**<u>AND REQUEST FOR NOTICES AND SERVICE OF PAPERS</u>**

NOTICE IS HEREBY GIVEN that Scott R. Robinson of Hofmeister, Robinson & DiPietro, hereby appears in this matter as counsel for MWC CF SPV LLC, a creditor in the above-captioned case, and requests, as provided for in 11 U.S.C. § 342(e) as well as Fed. R. Bankr. P. 2002(g) and 9010, that the undersigned be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following at the address set forth below:

Scott R. Robinson, Esq.
Hofmeister, Robinson & DiPietro
11350 McCormick Road,
Executive Plaza II, Suite 601
Hunt Valley, Maryland 21031
Phone: (410) 832-8822
Fax: (410) 832-8833
scottr@hrdlawyers.com

/s/ Scott R. Robinson
Scott R. Robinson, Bar No. 10184
Hofmeister, Robinson & DiPietro
11350 McCormick Road,
Executive Plaza II, Suite 601
Hunt Valley, Maryland 21031
(410) 832-8822 Telephone
(410) 832-8833 Facsimile
scottr@hrdlawyers.com

*Counsel for MWC CF SPV LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2026, a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Ife L. Odagbodo
Dynesha E. Odagbodo
8511 Golden Eagle Lane
Severn, MD 21144
*(Debtors)*
*Via First-Class U.S. Mail*

Eric S. Steiner
Steiner Law Group, LLC
3030 Greenmount Avenue
Suite 300, PMB 83805
Baltimore, MD 21218
*(Attorney for Debtor)*
*Via CM/ECF*

Craig B. Leavers
P.O. Box 306
Cockeysville, MD 21030
*(Trustee)*
*Via CM/ECF*

U.S. Trustee – Baltimore
101 West Lombard Street
Ste 2625
Baltimore, MD 21201
*Via First-Class U.S. Mail*

/s/ Scott R. Robinson
Scott R. Robinson